EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Aprobación de<br>Baja Voluntaria de<br>enero a septiembre de 2015 | 2015 TSPR 141<br><br>193 DPR ____ |

Número del Caso: EM-2015-07

Fecha: 21 de octubre de 2015

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de
Baja Voluntaria de
enero a septiembre de 2015          EM-2015-07




RESOLUCIÓN


En San Juan, Puerto Rico, a 21 de octubre de 2015.

Durante el periodo de enero a septiembre de 2015, este Tribunal autorizó la Baja Voluntaria de los siguientes abogados(as):

### enero

| | |
|---|---|
| Carlos M. Torres Colón | 2577 |
| Julio Berríos Jiménez | 3698 |
| Wilfredo Mercado Ramos | 5328 |

### febrero

| | |
|---|---|
| Mario A. Rocher Merino | 4515 |

### marzo

| | |
|---|---|
| Rafael Lugo Vilanova | 2542 |
| Mary Zelma Asseo Guerra | 3004 |
| Jorge Vilaró Grau | 3162 |
| Carlos G. Barreto Ríos | 8674 |
| Sheila I. Morales Fournier | 8825 |

### abril

| | |
|---|---|
| Rafael Torres Ortega | 2021 |
| Ardellie Ferrer Lugo | 2485 |
| Julio Rivera Toro | 7674 |
| Eric J. Berlingeri Vincenty | 9965 |
| Clara I. Román González | 14,451 |

## mayo

| | |
|---|---|
| Aurelio Roque Delgado | 1754 |
| Walter G. McConnell | 1942 |
| William Torres Bermúdez | 4573 |
| Gilberto F. Benítez Colón | 6458 |
| Isabel Sierra Arce | 7990 |

## junio

| | |
|---|---|
| Manuel Alvarado Garcés | 3845 |

## julio

| | |
|---|---|
| Alejandra M. Rodríguez Navarro | 17,623 |

## agosto

| | |
|---|---|
| Norma B. Pérez Muñiz | 5728 |
| Nancy Santiago Otero | 7063 |

## Septiembre

| | |
|---|---|
| Alberto Acevedo Colom | 5836 |
| Miguel A. Rivera Medina | 7054 |
| Sonia E. Ralat Pérez | 9731 |
| Margarita Chico Fuertes | 10,471 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo